No. 71–6193.  BROWN ET AL. v. UNITED STATES.  C. A. 6th Cir.  Motion for leave to proceed *in forma pauperis* and certiorari granted.

No. 71–6356.  DOE ET AL. v. MCMILLAN ET AL.  C. A. D. C. Cir.  Motion for leave to proceed *in forma pauperis* and certiorari granted.

No. 71–6316.  GOOSBY ET AL. v. OSSER ET AL.  C. A. 3d Cir.  Motion of American Jewish Committee (National) et al. for leave to file a brief as *amici curiae* granted.  Motion for leave to proceed *in forma pauperis* and certiorari granted.

No. 71–379.  REED v. UNITED STATES.  C. A. 9th Cir. Certiorari denied.

No. 71–405.  EGAN v. UNITED STATES.  C. A. 3d Cir. Certiorari denied.

No. 71–1058.  BECKMAN v. WALTER KIDDE & CO., INC., ET AL.  C. A. 2d Cir.  Certiorari denied.

No. 71–1121.  PETREE v. GEORGIA.  Ct. App. Ga.  Certiorari denied.

No. 71–1123.  RAFFERTY ET UX. v. COMMISSIONER OF INTERNAL REVENUE.  C. A. 1st Cir.  Certiorari denied.

No. 71–1214.  STEIN v. UNITED STATES.  C. A. 2d Cir. Certiorari denied.

No. 71–1313.  HAM ET AL. v. ROMNEY, SECRETARY OF HOUSING AND URBAN DEVELOPMENT, ET AL.  C. A. 5th Cir.  Certiorari denied.